UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                                                                PLAINTIFF

v.                                    No. 2:20-CR-20007

ROBERT LEE GRANT                                                                        DEFENDANT

## ORDER

The Court has received a report and recommendations (Doc. 31) from United States Magistrate Judge Mark E. Ford. No objections have been filed and the Government informed the Court that it does not intend to object. The Magistrate Judge recommends that the Court grant the motion to suppress (Doc.17) because an objectively reasonable officer could not have concluded Defendant committed a minor traffic violation. The Court has reviewed the report and recommendation de novo. The report and recommendation is ADOPTED IN ITS ENTIRETY.

The Government filed a motion (Doc. 32) to dismiss the indictment charging Defendant with possession with intent to distribute more than 5 kilograms of cocaine in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(A)(ii). Federal Rule of Criminal Procedure 48(a) provides "the government may, with leave of court, dismiss an indictment, information or complaint." The Government's motion (Doc. 32) will be granted.

IT IS THEREFORE ORDERED that the motion to suppress (Doc. 17) is GRANTED and the motion to dismiss the indictment is GRANTED. The indictment filed on March 4, 2020, is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 17th day of July, 2020.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE